IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ARTIS FAGINS, on behalf of himself
and all others similarly situated,

    Plaintiff,

  v.

S2 VERIFY, LLC,

    Defendant.

Case No. 1:22-cv-00240

## NOTICE OF REMOVAL

Defendant S2 Verify, LLC ("S2 Verify") hereby files this Notice of Removal of this action from the Circuit Court of the Eighth Judicial Circuit, Alachua County, Florida, wherein it is now pending, to the United States District Court for the Northern District of Florida. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. In support hereof, S2Verify respectfully shows this Court as follows:

1. On August 19, 2022, Plaintiff filed a lawsuit in the Circuit Court of the Eighth Judicial Circuit, Alachua County, Florida, titled *Arits Fagins, on behalf of himself and all others similarly situated v. S2 Verify, LLC*, Case No. 01-2022-CA-2630 (the "State Court Action").

2. S2Verify was served with the Summons and Complaint on September 7, 2022. *See* Ex. A.

3. This Notice is being filed with this Court within thirty (30) days after S2Verify was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4. Attached hereto as <u>Exhibit A</u> are copies of the Summons and Complaint served upon S2Verify in the State Court Action, along with copies of all process and pleadings in the State Court Action.

5. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Specifically, Plaintiff asserts claims under 15 U.S.C. §§ 1681b of the federal Fair Credit Reporting Act ("FCRA"). *See* Ex. A, Compl. Plaintiff's Complaint asserts that Defendant's alleged conduct harmed her and putative class members. *Id.* at ¶¶49-66.

6. Venue lies in the U.S. District Court for the Northern District of Florida pursuant to 28 U.S.C.§§ 89(a), 1391, 1441(a) and 1446(a). This action was originally brought in the Eighth Judicial Circuit Court of Alachua County, Florida, and thus should be removed to this Court.

7. This Notice is being served on all adverse parties, and a copy is being filed in the State Court pursuant to 28 U.S.C. § 1446(d). A copy of this notice to the State Court is attached hereto as <u>Exhibit B</u>.

8. By filing this Notice of Removal, Defendant neither concedes nor waives any defense or motion relating to this action.

WHEREFORE, S2Verify submits that this action properly is removable based on original federal question jurisdiction and respectfully requests that the above-described action pending against it be removed to the to the U.S. District Court for the Northern District of Florida.

DATED: September 27, 2022              Respectfully submitted,

                                       SEYFARTH SHAW LLP

                                       /s/ *Kimberly A. Carabotta*
                                       Kimberly A. Carabotta
                                       Florida Bar No. 1027353
                                       SEYFARTH SHAW LLP
                                       1075 Peachtree St., N.E., Suite 2500
                                       Atlanta, GA 30309-3958
                                       Telephone: (404) 885-1500
                                       Facsimile: (404) 892-7056
                                       Email: kcarabotta@seyfarth.com

                                       *Counsel for Defendant*
                                       *S2 Verify, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system, which will send e-mail notification of such filing to all participants and attorneys of record. Copies are also being sent by electronic mail.

/s/ *Kimberly A. Carabotta*
Kimberly A. Carabotta
*Counsel for Defendant*
*S2 Verify, LLC*