IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ARTIS FAGINS, on his own behalf
and on behalf of all similarly
situated individuals,**
 **Plaintiff,**

v.             Case No. 1:22-cv-240-AW-ZCB

**S2 VERIFY LLC,**
 **Defendant.**
_____/

## JUDGMENT

Based on the parties' settlement, the case is dismissed.

             JESSICA J. LYUBLANOVITS
             CLERK OF COURT

<u>March 18, 2023</u>       s/ KELLI MALU
Date            Deputy Clerk: Kelli Malu